IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:11-00005 Chief Judge Haynes |
| MICHAEL RAY GREEN, JR. | ) ) ) | |
| Defendant. | ) | |

## ORDER

An evidentiary hearing is set in this action for Friday, January 11, 2013 at 4:00 p.m.

It is so **ORDERED**.

ENTERED this the 10th day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court